UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF MICHIGAN</u>
SOUTHERN DIVISION

| | |
|---|---|
| FUDAIL GIBSON, | |
| Plaintiff | No. 2:13-cv-12329 |
| | HON. GERSHWIN A. DRAIN |
| v | MAG. MONA K. MAJZOUB |
| DETROIT PUBLIC SAFETY DEPARTMENT, and D.P.S. OFFICER ROBERT McDOWELL Detroit Public Safety Department, and TPR KEVIN DOLAN #1438 Michigan Department of State, and TPR JOHN DUFFY #1296 Michigan Department of State, and MICHIGAN DEPARTMENT OF STATE POLICE, and EASTERN DISTRICT/5TH PRECINCT DETROIT POLICE DEPARTMENT, | |
| Defendants. | |

---

| | |
|---|---|
| Frank J. Simmons II<br>Sup. Ct. No. (0058498)<br>Attorney for Plaintiff<br>316 N. Michigan Street, Suite 800<br>Toledo, OH 43604<br>(419) 684-0865<br>franksimmonsjr@gmail.com | John G. Fedynsky (P65232)<br>Attorney for Defendant<br>Michigan State Police<br>Michigan Department of<br>Attorney General<br>Public Employment, Elections &<br>Tort Division<br>P.O. Box 30736 |
| N.C. Deday LaRene (P16420)<br>Local Counsel for Plaintiff<br>LaRene & Kriger<br>645 Griswold Street<br>Suite 1717<br>Detroit, MI 48226 | Lansing, Michigan 48909<br>(517) 373-6434<br>fedynskyj@michigan.gov<br><br>Theophilus E. Clemons (P47991) |

| | |
|---|---|
| 313-967-0100 | Senior Litigation Counsel |
| d6644@deday.net | Detroit Public Schools District |
| | Office of The General Counsel |
| | Attorney for Defendants Detroit |
| | Public Safety Department and |
| | DPS Officer Robert McDowell |
| | 3011 W. Grand Blvd., Suite 1002 |
| | Detroit, MI 48202 |
| | 313-873-4527 |
| | theophilus.clemons@detroitk12.org |

_____/

# STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST MICHIGAN STATE POLICE

Plaintiff and Defendant Michigan State Police, by counsel, agree that all claims against the Michigan State Police should be dismissed without prejudice.  Counsel for Plaintiff has further represented that he will not attempt to serve Troopers Kevin Dolan and John Duffy as defendants, as they are simply witnesses to the case who by agreement will be made available for purposes of discovery.  The Court should therefore enter the attached proposed order.

Respectfully submitted,

| | | |
|---|---|---|
| *s/Frank J Simmons II* | *s/John Fedynsky* | *s/Theophilus E. Clemons* |
| Frank J. Simmons II | John Fedynsky | Theophilus E. Clemons |
| Attorney for Plaintiff | Attorney for MSP | Attorney for Defendants DPS and McDowell |

## **ORDER**

Upon the stipulation of the parties:

All claims against Defendant Michigan State Police are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: October 15, 2013                    /s/Gershwin A Drain
                                          GERSHWIN A. DRAIN
                                          U.S. DISTRICT JUDGE